<u>**ATTACHMENT TO CIVIL COVER SHEET**</u>

## Section I(c). Attorneys

| Name of Party | Party Type | Attorney |
|---|---|---|
| Vicki Milner | Plaintiff | AARON JOHNSON<br>State Bar No. 24056961<br>ajohnson@fairlaborlaw.com<br>FAIR LABOR LAW<br>314 E. Highland Mall Blvd, Ste 401<br>Austin, TX 78752<br>(512) 277-3505<br>(512) 277-3254 |
| NexGen Contact Solutions, LLC<br><br>NexGen Technologies, LLC<br><br>Joseph Jacoboni | Defendants | SCOTT A. SHANES<br>State Bar No. 00784953<br>sshanes@clarkhill.com<br>MADELEINE G. GERHARD<br>State Bar No. 24143639<br>mgerhard@clarkhill.com<br>CLARK HILL PLC<br>2600 Dallas Parkway, Suite 600<br>Frisco, TX 75034<br>(469) 287-3900<br>(469) 287-3999 Fax |

## Section II. Citizenship of Principal Parties

| Party Name | Party Type | Citizen of This State | Citizen of Another State | Incorporated and Principal Place of Business In Another State |
|---|---|---|---|---|
| Vicki Milner | Plaintiff | Yes | | |
| NexGen Contact Solutions, LLC, NexGen Technologies, LLC and Joseph Jacoboni | Defendants | No | Yes | Yes |

# Section III. Related Case(s) If Any

| Judge | Docket Number | Court | Plaintiff | Defendant |
|---|---|---|---|---|
| None | | | | |

Respectfully submitted,

*/s/ Scott A. Shanes*
**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**MADELEINE G. GERHARD**
State Bar No. 24143639
mgerhard@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS NEXGEN CONTACT SOLUTIONS, LLC, NEXGEN TECHNOLOGIES, LLC AND JOSEPH JACOBONI**

**Dated: May 12, 2026.**