**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **VICKI MILNER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **NEXGEN CONTACT SOLUTIONS, LLC,** | § | |
| **NEXGEN TECHNOLOGIES, LLC AND** | § | |
| **JOSEPH JACOBONI,** | § | |
| | § | |
| **Defendants.** | § | |

## INDEX OF MATTERS BEING FILED

| ITEM | EXHIBIT NUMBER |
|---|---|
| List of all parties in the action and status of removed case | Exhibit 1 |
| Civil Coversheet | Exhibit 2 |
| Docket Sheet | Exhibit 3 |
| Plaintiff's Original Petition | Exhibit 4 |
| Plaintiff's First Amended Petition | Exhibit 5 |
| Plaintiff's Third Amended Petition | Exhibit 6 |
| Defendant's Special Appearance and Original Answer Subject to Special Appearance (NexGen Contact Solutions | Exhibit 7 |
| Defendant's Special Appearance and Original Answer Subject to Special Appearance (NexGen Technologies, LLC and Joseph Jacoboni) | Exhibit 8 |
| Defendants NexGen Technologies and Joseph Jaoboni's Special Exceptions and Original Answer | Exhibit 9 |
| Discovery Control Plan and Scheduling Order | Exhibit 10 |
| Plaintiff's Advisory Regarding Mediation | Exhibit 11 |
| Plaintiff's Response to Special Appearance | Exhibit 12 |

| | |
|---|---|
| Unopposed Motion to Withdraw Pleading in Error | Exhibit 13 |
| Order Granting Plaintiff's Unopposed Motion to Withdraw Pleading in Error | Exhibit 14 |
| Order Denying Defendant's Special Appearance | Exhibit 15 |
| Defendant's Motion to Dismiss Forum Non Conveniens | Exhibit 16 |
| Plaintiff's Response to Defendant's Motion to Dismiss for Forum Non Conveniens | Exhibit 17 |
| Order Denying Defendant's Motion to Dismiss Forum Non Conveniens | Exhibit 18 |
| Joint Motion for Continuance | Exhibit 19 |
| Order Granting Motion for Continuance | Exhibit 20 |
| Defendants Motion to Quash the Notice of Oral Deposition | Exhibit 21 |
| Order to Update Case Style | Exhibit 22 |
| Citation for NexGen Technologies, LLC | Exhibit 23 |
| Unopposed Motion for Continuance | Exhibit 24 |
| Motion for Withdrawal of Counsel | Exhibit 25 |
| Order on Motion for Withdrawal of Counsel | Exhibit 26 |
| Order Granting Unopposed Motion for Continuance | Exhibit 27 |
| Notice of Appearance of Additional Counsel | Exhibit 28 |
| Plaintiff's Response to Defendants NexGen Technologies and Joseph Jacoboni's Special Appearance | Exhibit 29 |
| Order Denying Defendants NexGen Technologies and Joseph Jacoboni's Special Appearance | Exhibit 30 |
| Deputy Reporter Statement | Exhibit 31 |
| Defendants NexGen Technologies, LLC and Joseph Jacobini's Joint Notice of Interlocutory Appeal | Exhibit 32 |

| | |
|---|---|
| Defendants NexGen Technologies, LLC and Joseph Jacobini's Verified Motion to Stay | Exhibit 33 |
| Defendants NexGen Technologies, LLC and Joseph Jacoboni's Materials for Clerk's Record | Exhibit 34 |
| Return of Service | Exhibit 35 |
| Citation – NexGen Contact Solutions, LLC | Exhibit 36 |
| Citation – NexGen Technologies, LLC | Exhibit 37 |
| Citation – Joseph Jacobini | Exhibit 38 |
| List of All Counsel of Record in the Parties in the Action | Exhibit 39 |
| Record of Which Parties Have Requested a Jury Trial in the Action | Exhibit 40 |
| Name and Address of Court from which the Action is removed | Exhibit 41 |
| Email Exhibit to Notice of Removal | Exhibit 42 |

Respectfully submitted,

*/s/ Scott A. Shanes*
**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**MADELEINE G. GERHARD**
State Bar No. 24143639
mgerhard@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS NEXGEN CONTACT SOLUTIONS, LLC, NEXGEN TECHNOLOGIES, LLC AND JOSEPH JACOBONI**