## <u>Name and Address of Court from which the Action is Removed</u>

The following is the name and address of the State court from which the civil action titled *Vicki Milner v. NexGen Contact Solutions, LLC, NexGen Technologies, LLC and Joseph Jacoboni*, Cause No. 007-01455-2025, and commenced in the County Court at Law Number 7 of Collin County, Texas (the "Action"), is being removed to the United States District Court for the Eastern District of Texas, Sherman Division from the Tarrant County Court:

County Court at Law Number 7
Russell A. Steindam Courts Building
2100 Bloomdale Road
McKinney, Texas 75071

Respectfully submitted,

*/s/ Scott A. Shanes*
**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**MADELEINE G. GERHARD**
State Bar No. 24143639
mgerhard@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS NEXGEN CONTACT SOLUTIONS, LLC, NEXGEN TECHNOLOGIES, LLC AND JOSEPH JACOBONI**