Skip to Main Content Logout My Account My Cases Search Menu New Civil & Family Search  Back     Location : All Civil & Family Courts   Help

Questions and Answers on Images

# CASE NO. 007-01455-2025

# VICKI MILNER V. NEXGEN CONTACT SOLUTIONS, LLC, NEXGEN TECHNOLOGIES, LLC, AND JOSEPH JACOBONI

| Selected Event | Image | Page Count |
| --- | --- | --- |
| 04/14/2025 Petition for Contract Consumer/Commer/Debt (OCA) | 5. Plaintiff's Original Petition - 04-14-2025 | 5 |

| Other Events on This Case | Image | Page Count |
| --- | --- | --- |
| 04/15/2025 Request | 2025-04-14 Request for Issuance of Citation.pdf | 1 |
| 04/15/2025 Issued | Citation by Certified Mail | 1 |
| 04/17/2025 Certified Mail Receipt Returned | Certified Mail Receipt Returned | 1 |
| 05/23/2025 Original Answer | Defendants Special Appearence and Original Answer Subject to Special Appearance | 10 |
| 05/28/2025 Discovery Control Plan & Scheduling Order | 7-Scheduling Order TBC | 2 |
| 06/06/2025 Plaintiff's | 2025-06-06 P's Advisory re Mediation.pdf | 3 |
| 06/16/2025 Notice of Hearing | Notice of Hearing on Defendants Special Appearance | 3 |
| 07/09/2025 Response - Plaintiff's | 2025-07-09 Plaintiff's Response to Special Appearance - FINAL w Ex A (Dec).pdf | 17 |
| 07/09/2025 Amended Petition | 6. Plaintiff's First Amended Petition - 07-09-2025 | 8 |
| 07/10/2025 Motion | Motion to Withdraw Pleading filed in Error | 3 |
| 07/11/2025 Order Granted | Copy of Prop Order to Withdraw Pleading filed in Error | 2 |
| 07/17/2025 Order Denied | Copy of 2025-07-14 Prop Order - Denying Special Appearance.pdf | 3 |
| 08/01/2025 Motion to Dismiss | Defendants Motion to Dismiss Forum Non Conveniens | 10 |
| 08/07/2025 Notice | Notice of Submission on Defendan'ts Motion to Dismiss.pdf | 3 |
| 08/13/2025 Motion for Continuance | 2025-08-13 Joint Motion for Continuance.pdf | 4 |
| 08/15/2025 Order Granting Motion for Continuance of Trial by Attorney | Copy of Order on Joint Motion for Continuance | 3 |
| 09/10/2025 Response - Plaintiff's | 2025-09-10 P's Resp to MTD Forum Non Conveniens - FINAL.pdf | 7 |
| 09/12/2025 Order Denied | Copy of 2025-09-10 Prop Order - Denying D's MTD Forum Non Conveniens .pdf | 2 |
| 11/25/2025 Motion to Quash | Defendants Motion to Quash the Notice of Oral Deposition or Corporate Representative of Defendant | 7 |
| 12/10/2025 Amended Petition | 7. Plaintiff's First Amended Petition - 12-10-2025 | 10 |
| 12/12/2025 Order Granted | 8. Order to Update Case Style signed 12-12-2025 | 2 |
| 12/16/2025 Request for Citation by Certified Mail Pre Judgment | 9. Request for Issuance - 12-16-2025 | 1 |
| 12/17/2025 Issued | 11. Citation by Certified Mail - Joseph Jacoboni - 12-17-2025 | 1 |
| 12/17/2025 Issued | 10. Citation by Certified Mail - NexGen Technologies LLC - 12-17-2025 | 1 |
| 12/18/2025 Attorney Vacation Letter | 2025-12-18 Notice of Unavailability.pdf | 1 |
| 12/19/2025 Certified Mail Receipt Returned | 12. Certified Mail Receipt Returned - Joseph Jacoboni - 12-19-2025 | 1 |
| 12/19/2025 Certified Mail Receipt Returned | 13. Certified Mail Receipt Returned - NexGen Technologies, LLC - 12-19-2025 | 1 |
| 12/22/2025 Motion for Continuance | Motion for Continuance | 3 |
| 12/22/2025 Motion to Withdraw | Motion for Withdrawal of Counsel | 5 |
| 12/22/2025 Attorney Vacation Letter | 2025-12-22 Notice of Unavailability.pdf | 2 |
| 12/23/2025 Order to Withdraw | Copy of Order on Motion for Withdrawal of Counsel | 4 |
| 12/23/2025 Order Granting Motion for Continuance of Trial by Attorney | Copy of 2025-12-22 M for Continuance - Proposed Order.pdf | 1 |
| 01/02/2026 Certified Green Card Returned | 14. Certified Green Card Returned - J Jacoboni - 01-02-2026 | 1 |
| 01/02/2026 Returned Served | 15. Citation by Cert. Mail-Return of Service - J Jacoboni - 01-02-2026 | 1 |
| 01/26/2026 Notice of Appearance | 16. Defendants NexGen Technologies, LLC and Joseph Jacoboni's Special Appearance - 01-26-2026 | 18 |
| 01/26/2026 Original Answer | 17. Defendants NexGen Technologies, LLC and Joseph Jacoboni's Special Exceptions and org ans - 01-26 | 4 |
| 01/29/2026 Defendant's | 18. Defendants NexGen Tech and Jacoboni Special Appearance - 01-29-2026 | 18 |
| 02/02/2026 Notice of Hearing | 19. Notice of In-Person Hearing - 02-02-2026 | 3 |
| 03/23/2026 Notice of Appearance | 20. Notice of Appearance of Additional Counsel - 03-23-2026 | 3 |

| | | |
|---|---|---|
| 03/26/2026 Amended Petition | [21. Plaintiff's Third Amended Petition - 03-26-2026](#) | 12 |
| 03/26/2026 Response | [22. Plaintiff's Response to Defendants NexGen and Jacoboni's Special Appearance - 03-26-2026](#) | 13 |
| 03/27/2026 Order Denied | [23. Order Denied - Defendants Special Appearance signed 03-27-2026](#) | 1 |
| 04/07/2026 Deputy Reporter Statement | [24. Deputy Reporter Statement - 04-07-2026](#) | 1 |
| 04/15/2026 Notice of Appeal Filed | [25. Defendants NexGen and Jacobini's Joint Notice of Interlocutory Appeal - 04-15-2026](#) | 6 |
| 04/17/2026 Court of Appeals Letter | [26. Appeal - Letter to COA re Notice of Accelerated Appeal - 04-17-2026](#) | 1 |
| 04/17/2026 5th Court of Appeals - Confirmation Page | [27. 5th Court of Appeals - Confirmation Page - 04-17-2026](#) | 1 |
| 04/17/2026 Appeal - Notice of Transcript Fee Due | [29. Appeal - Letter to Appellant for Cost of Clerk's Record - 04-17-2026](#) | 1 |
| 04/17/2026 Motion | [28. Defendants' Verified Motion to Stay - 04-17-2026](#) | 8 |
| 04/20/2026 Request | [30. Defendants' Request for Reporter's Record - 04-20-2026](#) | 3 |
| 04/20/2026 Notice of Hearing | [Notice of Hearing by Submission](#) | 3 |
| 04/20/2026 Designation | [Defendants Designation of Materials for Clerk's Record - 04-20-2026](#) | 4 |
| 04/21/2026 5th Court of Appeals - Correspondence | [5th Court of Appeals - Correspondence re notice of appeal filed](#) | 1 |
| 04/21/2026 Appeal - Notice of Transcript Fee Due | [Appeal - Letter for Cost from Appellant (designation of docs)](#) | 1 |
| 04/21/2026 Request | [Request](#) | 1 |
| 04/21/2026 Appeal Transcript Fee - $1.00/pg + $5.00/pg Cert Copies | [Letter re Payment for Clerks Record.pdf](#) | 1 |
| 04/21/2026 5th Court of Appeals - Confirmation Page | [5th Court of Appeals - Confirmation Page](#) | 1 |
| 04/23/2026 5th Court of Appeals - Correspondence | [5th Court of Appeals - Correspondence re clerk's record filed](#) | 3 |

**Other Images on This Case**

| | Image | Page Count |
|---|---|---|
| 05/27/2025 CC@L - Case Images | [Copy of Proposed Order on Defendants Special Appearence](#) | 2 |
| 12/01/2025 CC@L - Case Images | [Copy of Order on Defendant's Motion to Quash Nortice of Oral Depo of Corp Rep of Nexgen Contact Solu](#) | 3 |
| 03/27/2026 CC@L - Case Images | [Copy of Proposed Order Granting Defendants' Special Appearance](#) | 2 |
| 03/27/2026 CC@L - Case Images | [Copy of 2026-03-27 Prop Order - Denying Special Appearance.pdf](#) | 1 |
| 04/20/2026 CC@L - Case Images | [Copy of Proposed Order - Motion to Stay](#) | 2 |
| 04/21/2026 CC@L - Case Images | [1. Appeal - Clerk's Record - 04-17-2026](#) | 1 |
| 04/21/2026 CC@L - Case Images | [3. Appeal Caption - 04-21-2026](#) | 1 |
| 04/21/2026 CC@L - Case Images | [31. Appeal Bill of Cost - 04-21-2026](#) | 1 |
| 04/21/2026 CC@L - Case Images | [32. Appeal Clerk's Certification - 04-21-2026](#) | 1 |