Electronically Filed 7/14/2025 8:18 PM
Stacey Kemp County Clerk
Collin County, Texas
By: Martha Melgar, Deputy
Envelope ID: 103121136

## CAUSE NO. 007-01455-2025

| | | |
|---|---|---|
| VICKI MILNER | § | COUNTY COURT AT LAW |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NUMBER 7 |
| | § | |
| NEXGEN CONTACT SOLUTIONS, | § | |
| LLC. | § | |
| | § | OF COLLIN COUNTY, TEXAS |
| Defendant | | |

## ORDER

Before the Court is Defendant's Special Appearance. Having considered the Special Appearance, Plaintiff's First Amended Petition, Plaintiff's Response to the Special Appearance, and Plaintiff's declaration supporting her Response, the Court is of the opinion that it may properly exercise personal jurisdiction over the Defendant.

Based on the evidence submitted by the parties, the Court finds that Defendant has done business in Texas, as defined by the Texas long-arm statute, by contracting with Plaintiff to perform the contract in Texas and by recruiting Plaintiff for employment inside Texas. *See* Tex. Civ. Prac. & Rem. Code § 17.042. The Court also finds that its exercise of jurisdiction over Defendant comports with federal due process under both a general jurisdiction and a specific jurisdiction analysis. *See Moki Mac River Expeditions v. Drugg*, 221 S.W.3d 569, 575 (Tex. 2007). Defendant purposefully availed itself of the privilege of conducting activities in Texas. *Id.* Plaintiff's cause of action arises from and relates to Defendant's contacts in Texas. *Searcy v. Parex Res., Inc.*, 496 S.W.3d 58, 67 (Tex. 2016). Therefore, the exercise of personal jurisdiction over Defendant does not offend "traditional notions of fair play and substantial justice." *Cornerstone Healthcare Group Holding, Inc. v. Nautic Mgmt. VI, L.P.*, 493 S.W.3d 65, 70 (Tex. 2016).

1

Therefore, Defendant's Special Appearance is hereby **DENIED.**

July 17, 2025

Date: _____, 2025

7/17/2025 9:24:57 AM

_____

Honorable David Waddill
County Court at Law No. 7

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Aaron Johnson on behalf of Aaron Johnson
Bar No. 24056961
ajohnson@fairlaborlaw.com
Envelope ID: 103121136
Filing Code Description: Proposed Order
Filing Description: Order Denying Defendant's Special Appearance
Status as of 7/15/2025 8:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel Rheman | | jrheman@sjrm.com | 7/14/2025 8:18:36 PM | SENT |
| Aaron Johnson | 24056961 | ajohnson@fairlaborlaw.com | 7/14/2025 8:18:36 PM | SENT |
| Courtney Holliday | | cholliday@sjrm.com | 7/14/2025 8:18:36 PM | SENT |
| Luis RaulGutierrez | | lgutierrez@sjrm.com | 7/14/2025 8:18:36 PM | SENT |