Electronically Filed 3/27/2026 11:41 AM
Stacey Kemp County Clerk
Collin County, Texas
By: Bennetta Hughes, Deputy
Envelope ID: 112954250

## CAUSE NO. 007-01455-2025

| | | |
|---|---|---|
| **VICKI MILNER,** | § | **IN THE COUNTY COURT AT LAW** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | |
| | § | |
| | § | **NUMBER 7** |
| **NEXGEN CONTACT SOLUTIONS,** | § | |
| **LLC, NEXGEN TECHNOLOGIES,** | § | |
| **LLC, and JOSEPH JACOBONI** | § | |
| | § | |
| *Defendants.* | § | **OF COLLIN COUNTY, TEXAS** |

## ORDER

Before the Court is Defendants NexGen Technologies, LLC ("NGT") and Joseph Jacoboni's Special Appearance and Plaintiff's Response. Having considered the pleadings and argument by counsel, the Court is of the opinion that it may properly exercise personal jurisdiction over the Defendants.

Plaintiff has alleged that Defendants NGT and Jacoboni purposefully availed themselves of the privilege of conducting activities in Texas. Plaintiff's cause of action arises from and relates to Defendants' contacts in Texas. Therefore, the exercise of personal jurisdiction over Defendants does not offend "traditional notions of fair play and substantial justice." Defendants have not rebutted Plaintiff's allegations.

Therefore, Defendants' Special Appearance is hereby **DENIED.**

Date: 3 / 27 , 2026

Honorable David Waddill
County Court at Law No. 7

1